# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-02832

ECHO J. ALONZO,

    Plaintiff,

v.

PRECISION INFINITI, INC. d/b/a
INFINITI OF TAMPA,
A Georgia For-Profit Corporation,

    Defendant.

_____/

## NOTICE OF FILING
## SUMMONS RETURNED EXECUTED

Notice is hereby given that Defendant, Precision Infinity, Inc. d/b/a Infiniti of Tampa, was served with the Summons, Complaint, and Exhibit A to the Complaint on December 13, 2023. Proof of service is attached hereto as Exhibit "A."

Dated: December 15, 2023

    /s/ Sarah Cibula Feller
    Darren R. Newhart, Esq.
    FL Bar No.: 0115546
    Sarah Cibula Feller, Esq.
    FL Bar No.: 1027809
    E-mail: darren@newhartlegal.com
           sarah@newhartlegal.com
    NEWHART LEGAL, P.A.
    14611 Southern Blvd., Suite 1351

Loxahatchee, FL 33470  
Tel: (561) 331-1806 / Fax: (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Sarah Cibula Feller  
SARAH CIBULA FELLER, ESQ.  
FL Bar No.: 1027809