## RETURN OF SERVICE

**State of Florida**  **County of Middle**

Case Number: 8:23-CV-2832

Plaintiff:
**ECHO J. ALONZO**

vs.

Defendant:
**PRECISION INFINITI, INC. D/B/A INFINITI OF TAMPA**

For:
NEWHART LEGAL, P.A.

KDY2023060750

Received by AED INVESTIGATIONS, INC on the 13th day of December, 2023 at 9:50 am to be served on **PRECISION INFINITI, INC. D/B/A INFINITI OF TAMPA C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Christopher Scott Kady, do hereby affirm that on the **13th day of December, 2023** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL and EXHIBIT A** to: **Chelsea Wang** as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 Hays Street, TALLAHASSEE, FL 32301.** on behalf of **PRECISION INFINITI, INC. D/B/A INFINITI OF TAMPA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Asian, Height: 5'2", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

_____
**Christopher Scott Kady**
Process Server #237

**AED INVESTIGATIONS, INC**
P.O. Box 4132
Hallandale, FL 33008
(305) 495-1838

Our Job Serial Number: KDY-2023060750

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r