UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECHO J. ALONZO,

    Plaintiff,

v.                          CASE NO.: 8:23-cv-2832-CEH-AEP

PRECISION INFINITI, INC.
d/b/a INFINITI OF TAMPA,
a Georgia For-Profit Corporation,

    Defendant(s).
_____/

**NOTICE OF APPEARANCE FOR DEFENDANT**
**PRECISION INFINITI, INC. d/b/a INFINITI OF TAMPA**

    Nicole D.D. Walsh of the law firm of Hill, Ward & Henderson, P.A. hereby gives notice of her appearance as counsel for Defendant, Precision Infiniti, Inc. d/b/a Infiniti of Tampa. The undersigned should be added to all service lists and should be copied on all papers and pleadings in this action.

    The undersigned also certifies that she is admitted to practice in this Court and is registered with CM/ECF

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF thereby furnishing copies to all counsel of record on January 3, 2024.

                                      */s/ Nicole Walsh*
                                      CHRISTOPHER S. BRANTON
                                      Florida Bar No. 0825611

NICOLE WALSH
Florida Bar No. 111961
HILL, WARD & HENDERSON, P.A.
P. O. Box 2231
Tampa, Florida 33601-2231
(813) 221-3900 – Phone
(813) 221-2900 – Fax
chris.branton@hwhlaw.com
nicole.walsh@hwhlaw.com
*Attorneys for Defendant Precision Infiniti, Inc. d/b/a Infiniti of Tampa*