**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ECHO J. ALONZO,

    Plaintiff,

v.                                         CASE NO.: 8:23-cv-2832-CEH-AEP

PRECISION INFINITI, INC.
d/b/a INFINITI OF TAMPA,
a Georgia For-Profit Corporation,

    Defendant(s).
_____/

**DEFENDANT PRECISION INFINITI, INC. d/b/a INFINITI OF TAMPA'S NOTICE OF LEAD COUNSEL DESIGNATION**

    Defendant, Precision Infiniti, Inc. d/b/a Infiniti of Tampa, pursuant to Local Rule 2.02(a), hereby designates Christopher S. Branton, Esq. of the law firm Hill, Ward and Henderson, P.A. as its lead counsel in this action.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF thereby furnishing copies to all counsel of record on January 3, 2024.

                                                */s/ Christopher S. Branton*
                                                CHRISTOPHER S. BRANTON
                                                Florida Bar No. 0825611
                                                NICOLE WALSH
                                                Florida Bar No. 111961
                                                HILL, WARD & HENDERSON, P.A.
                                                P. O. Box 2231
                                                Tampa, Florida 33601-2231
                                                (813) 221-3900 – Phone

(813) 221-2900 – Fax
chris.branton@hwhlaw.com
nicole.walsh@hwhlaw.com
*Attorneys for Defendant Precision Infiniti, Inc. d/b/a Infiniti of Tampa*

19108435v1