**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ECHO J. ALONZO,

Plaintiff,

v. Case No: 8:23-cv-2832-CEH-AEP

PRECISION INFINITI, INC.,

Defendant.

---

**ORDER**

This matter comes before the Court on Defendant Precision Infiniti, Inc. (d/b/a Infiniti of Tampa)'s Agreed Amended Motion to Compel Arbitration and Request to Stay Action (Doc. 11). In this action, Plaintiff Echo J. Alonzo alleges that Defendant violated the Consumer Leasing Act in connection with a vehicle Plaintiff leased from Defendant in 2019. *See* Doc. 1. Now, Defendant moves this Court to compel arbitration and stay these proceedings pending the arbitration of Plaintiff's claims against Defendant.

Based on the unopposed motion, the Parties agree that they entered into a Lease Agreement that contained an arbitration agreement. Further, the motion indicates that Plaintiff does not oppose this matter being compelled to arbitration and stayed. Doc. 11 at 6. Therefore, the Parties contend that this action should be stayed pending the

completion of arbitration. Having considered the motion and being fully advised in its premises, the Court will grant the motion and stay the action.[1]

Accordingly, it is hereby **ORDERED**:

1. Defendant's Agreed Amended Motion to Compel Arbitration and Request to Stay Action (Doc. 11) is **GRANTED**.
2. The parties are compelled to arbitrate Plaintiff Echo J. Alonzo's claims against Defendant Precision Infiniti, Inc.
3. This case is **STAYED** pending the arbitration of Plaintiff Echo J. Alonzo's claims against Defendant Precision Infiniti, Inc. The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.
4. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2024.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record

[1] *See* 9 U.S.C. § 3; *Bender v. A.G. Edwards & Sons*, 971 F.2d 698, 699 (11th Cir. 1992) ("Upon finding that a claim is subject to an arbitration agreement, the court should order that the action be stayed pending arbitration."); *Caley v. Gulfstream Aerospace Corp.*, 428 F.3d 1359, 1368 (11th Cir. 2005) ("FAA's enforcement sections require a court to stay a proceeding where the issue in the proceeding is referable to arbitration") (internal quotations omitted).