UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-02832-CEH-AEP

ECHO J ALONZO,
An Individual,

    Plaintiff,

v.

PRECISION INFINITY, INC.,
A Georgia For-Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a) of the United States District Court for the Middle District of Florida, Plaintiff, ECHO J. ALONZO, and Defendant, PRECISION INFINITI, INC., by and through their respective counsel, hereby jointly provide notice to this Honorable Court that the parties have reached an agreement to compromise and resolve the above-styled civil action, and that a joint stipulation of dismissal with prejudice will be filed hereafter.

    Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Feygin* | */s/ Christopher Branton* |
| **Joshua Feygin** | **Christopher Branton** |
| Florida Bar No. 124685 | Florida Bar No. 825611 |
| **SUE YOUR DEALER – A LAW FIRM** | **HILL WARD HENDERSON** |
| 1930 Harrison Street | 101 E. Kennedy Boulevard |
| Suite 208F | Suite 3700 |
| Hollywood, Florida 33020 | Tampa, FL 33602 |

| | |
|---|---|
| Phone:  (954) 228-5674 | Phone: 813-221-3900 |
| Fax:      (954) 697-0357 | Fax: 813-221-2900 |
| Email: Josh@sueyourdealer.com | Email: chris.branton@hwhlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*/s/ Sarah Cibula Feller*
**Sarah Cibula Feller, Esq.**
FL Bar No: 1027809
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
E-mail: sarah@newhartlegal.com
*Attorneys for Plaintiff*

*/s/ Darren Newhart*
**Darren Newhart, Esq.**
FL Bar No: 115546
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
E-mail: darren@newhartlegal.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 5, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                        /s/ Joshua Feygin
                                        JOSHUA FEYGIN, ESQ.
                                        FL Bar No.: 124685

19223356v1