UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECHO J. ALONZO,

    Plaintiff,

v.                                               Case No: 8:23-cv-2832-CEH-AEP

PRECISION INFINITI, INC.,

    Defendant.
_____

## ORDER

    This matter is before the Court upon review of the file. Pursuant to a Notice of Settlement (Doc. 14), the Court entered an Order on March 26, 2024, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 15). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

    Accordingly, it is now **ORDERED**:

    1. This action is dismissed, with prejudice.

    2. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 28, 2024.

_____
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties